UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

---

**Order Filed on November 13, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Case No. 19-28709 (ABA)

**GREGORY S. TILLMAN,**

Judge: Andrew B. Altenburg, Jr.

**Debtors.**

## ORDER ALLOWING CASE TO CONTINUE
## AND IMPOSING 180-DAY BAR ON FUTURE FILINGS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**.

**DATED: November 13, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page Two**
**Debtors:**      **GREGORY S. TILLMAN**
**Case No.**     **19-28709 (ABA)**
**Order:**         **ORDER ALLOWING CASE TO CONTINUE AND IMPOSING**
                        **180-DAY BAR ON FUTURE FILINGS**
_____

This matter being opened by the Court on an Order to Show Cause and the Trustee

having filed a response to same; and for good cause shown:

**IT IS ORDERED** that Case No. 19-28709 (ABA) is hereby allowed to continue; and

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be

dismissed, such dismissal shall be with prejudice and Debtor shall be barred from filing for

bankruptcy protection, under any chapter, for a period of 180 days from the date of dismissal;

and

**IT IS FURTHER ORDERED** that Debtor shall provide the Trustee with the following

documents within fourteen (14) days of the date of this Order:

1. 2018 Federal Tax Return;
2. Bank statements dated April 1, 2019 through September 30, 2019
3. Profit & loss for Park Avenue Vending dated April 1, 2019 through
   September 30, 2019; and

**IT IS FURTHER ORDERED** that upon submission of the above-referenced documents,

the Debtor shall contact the Chapter 13 Trustee within fourteen (14) days of the date of this

Order to reschedule the §341(a) Meeting of Creditors.

United States Bankruptcy Court
District of New Jersey

In re:
Gregory Steven Tillman
     Debtor

Case No. 19-28709-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Nov 13, 2019
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db         Gregory Steven Tillman,    532 Old Marlton Pike W#567,    Marlton, NJ   08083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Jeffrey E. Jenkins    on behalf of Debtor Gregory Steven Tillman jenkins.clayman@verizon.net,
         connor@jenkinsclayman.com
        Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William M.E. Powers, III    on behalf of Creditor   U.S. Bank National Association, as Trustee for
         Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1
         ecf@powerskirn.com
                                TOTAL: 5