

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert G. Shinn, Esquire (#022871989)<br>Woodland, Mc Coy & Shinn, LLC<br>Attorneys-at-Law<br>2 North Union Street<br>P.O. Box 134<br>Manahawkin, NJ 08050<br>(609) 597-5666 | Order Filed on February 18, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Gregory Steven Tillman<br>aka Greg Steven Tillman<br>d/b/a Park Avenue Vending Debtor | Case No.: 19-28709ABA<br>*[Enter the case number]*<br><br>Chapter: 13<br>*[Enter the case number]*<br><br>Hearing Date: February 18, 2020<br>*[Enter the hearing date]*<br><br>Judge: Altenberg, Jr.<br>*[Enter the Judge's last name]* |

## ORDER GRANTING MOTION FOR RELIEF FROM THE STAY

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

DATED: February 18, 2020

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the movant's Motion for Relief from the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is vacated to permit the landlord to initiate or resume an action in the state court of New Jersey for possession of the debtor's rented premises located at:

600 Martin Luther King Avenue, "Unit C", Pleasantville, NJ 08232

2. The landlord shall serve a copy of this order on the debtor, debtor's attorney, if any, the Office of the U. S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.

3. Other: *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____