UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert G. Shinn, Esquire (#022871989)

Woodland, Mc Coy & Shinn, LLC

Attorneys-at-Law
2 North Union Street
P.O. Box 134
Manahawkin, NJ 08050
(609) 597-5666

Order Filed on February 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Gregory Steven Tillman
aka Greg Steven Tillman
d/b/a Park Avenue Vending Debtor

Case No.: 19-28709ABA
*[Enter the case number]*

Chapter: 13
*[Enter the case number]*

Hearing Date: February 18, 2020
*[Enter the hearing date]*

Judge: Altenberg, Jr.
*[Enter the Judge's last name]*

## ORDER GRANTING MOTION FOR RELIEF FROM THE STAY

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: February 18, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the movant's Motion for Relief from the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is vacated to permit the landlord to initiate or resume an action in the state court of New Jersey for possession of the debtor's rented premises located at:

600 Martin Luther King Avenue, "Unit C", Pleasantville, NJ 08232                                           .

2. The landlord shall serve a copy of this order on the debtor, debtor's attorney, if any, the Office of the U. S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.

3. Other: *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____
_____
_____
_____

United States Bankruptcy Court
District of New Jersey

In re:
Gregory Steven Tillman
    Debtor

Case No. 19-28709-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Feb 18, 2020
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.
db    Gregory Steven Tillman,    532 Old Marlton Pike W#567,    Marlton, NJ 08083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:
    Brian C. Nicholas    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
    Eric Clayman    on behalf of Debtor Gregory Steven Tillman jenkins.clayman@verizon.net, connor@jenkinsclayman.com
    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Jeffrey E. Jenkins    on behalf of Debtor Gregory Steven Tillman jenkins.clayman@verizon.net, connor@jenkinsclayman.com
    Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
    Kevin Gordon McDonald    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Robert G. Shinn    on behalf of Creditor Peter Reese wmsllc@comcast.net, G9544@notify.cincompass.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1 ecf@powerskirn.com
    TOTAL: 10