UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Eric J Clayman, Esquire
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorney for Debtor

Order Filed on February 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Gregory Tillman

Case No.: 19-28709

Chapter: 13

Judge: ABA

## ORDER AUTHORIZING RETENTION OF

Frank Stevens, Auctioneer

The relief set forth on the following page is **ORDERED**.

**DATED: February 26, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Frank Stevens_____

as _____auctioneer_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  2903 Pacific Ave.
   Wildwood, NJ 08260

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Gregory Steven Tillman  
    Debtor

Case No. 19-28709-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Feb 26, 2020  
                           Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.  
db          Gregory Steven Tillman,    532 Old Marlton Pike W#567,    Marlton, NJ    08083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:

         Brian C. Nicholas    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Eric    Clayman     on behalf of Debtor Gregory Steven Tillman jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jeffrey E. Jenkins     on behalf of Debtor Gregory Steven Tillman jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
         Jennifer R. Gorchow     on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
         Kevin Gordon McDonald     on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Robert G. Shinn     on behalf of Creditor Peter   Reese wmsllc@comcast.net, G9544@notify.cincompass.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers, III     on behalf of Creditor    U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1 ecf@powerskirn.com  
                                                                                                                                                  TOTAL: 10