| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | Order Filed on March 4, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Gregory Tillman<br><br>    Debtor | Case No.:     19-28709<br><br>Adv. No.:<br><br>Hearing Date:  March 3, 2020<br><br>Judge:         Honorable Andrew B. Altenburg, Jr. |

## ORDER ALLOWING DEBTOR TO SELL PERSONALTY BY AUCTION

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 4, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Jenkins & Clayman and for good cause it is

**ORDERED** that:

1. The debtor, Gregory Tillman, may retain the services of Frank Stevens, auctioneer, to sell personalty.

2. The auction may be conducted in accordance with the discretion of the auctioneer, however, the auction must take place within ninety (90) days of the date of this Order.

3. Once the auction takes place, Debtor, by his counsel, shall supply the Court, the Chapter 13 Trustee's office and all interested parties with details with regards to the proposed purchaser of the property. These details shall include, but not limited to, the name of the purchaser, any relationship to the debtor or the auctioneer, proposed sale price and the proposed final closing date.

4. Within fourteen (14) days of the date of the auction, Debtor, through his counsel, shall supply the Court, the Chapter 13 Trustee's office and all interest parties with details regarding the proposed purchaser of property, including but not limited to, the name of the purchaser, any relationship to the debtor or the auctioneer, proposed sale price and the proposed final closing date.

5. Debtor claims sale proceeds in the amount of $9,700 as exempt pursuant to 11 U.S.C. § 522(d)(5). Any proceeds in excess of $9,700 are non-exempt and shall be forwarded to the Chapter 13 Trustee as an additional base to unsecured creditors who filed timely claims.

6. The auctioneer may be compensated ONLY after proper application to the court and an Order approving fees.