| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **JENKINS & CLAYMAN** |
| Eric J Clayman |
| 412 White Horse Pike |
| Audubon, NJ 08106 |
| (856)546-9696 |
| Attorney for Debtor |

Order Filed on March 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Gregory Tillman

    Debtor

Case No.:    19-28709

Adv. No.:

Hearing Date:    March 3, 2020

Judge:    Honorable Andrew B. Altenburg, Jr.

### ORDER ALLOWING DEBTOR TO SELL PERSONALTY BY AUCTION

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 4, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Jenkins & Clayman and for good cause it is

**ORDERED** that:

1. The debtor, Gregory Tillman, may retain the services of Frank Stevens, auctioneer, to sell personalty.

2. The auction may be conducted in accordance with the discretion of the auctioneer, however, the auction must take place within ninety (90) days of the date of this Order.

3. Once the auction takes place, Debtor, by his counsel, shall supply the Court, the Chapter 13 Trustee's office and all interested parties with details with regards to the proposed purchaser of the property. These details shall include, but not limited to, the name of the purchaser, any relationship to the debtor or the auctioneer, proposed sale price and the proposed final closing date.

4. Within fourteen (14) days of the date of the auction, Debtor, through his counsel, shall supply the Court, the Chapter 13 Trustee's office and all interest parties with details regarding the proposed purchaser of property, including but not limited to, the name of the purchaser, any relationship to the debtor or the auctioneer, proposed sale price and the proposed final closing date.

5. Debtor claims sale proceeds in the amount of $9,700 as exempt pursuant to 11 U.S.C. § 522(d)(5). Any proceeds in excess of $9,700 are non-exempt and shall be forwarded to the Chapter 13 Trustee as an additional base to unsecured creditors who filed timely claims.

6. The auctioneer may be compensated ONLY after proper application to the court and an Order approving fees.

United States Bankruptcy Court
District of New Jersey

In re:  
Gregory Steven Tillman  
    Debtor

Case No. 19-28709-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 04, 2020  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.  
db         Gregory Steven Tillman,    532 Old Marlton Pike W#567,    Marlton, NJ   08083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:

        Brian C. Nicholas    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Eric   Clayman    on behalf of Debtor Gregory Steven Tillman jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Jeffrey E. Jenkins    on behalf of Debtor Gregory Steven Tillman jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
        Kevin Gordon McDonald    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Raymond   Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
        Robert G. Shinn    on behalf of Creditor Peter  Reese wmsllc@comcast.net, G9544@notify.cincompass.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1 ecf@powerskirn.com

                                                                                                             TOTAL: 11