UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                       Case No.:     19-28709

Gregory Tillman                              Chapter:      13

                                                           Judge:       ABA

**NOTICE OF PROPOSED PUBLIC SALE**

Gregory Tillman, Debtor, in this case proposes to sell property of the estate as described below. If you object to the sale, you must file a written objection and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, U.S. Bankruptcy Court<br>U.S. Post Office & Courthouse Building<br>P.O. Box 2067<br>Camden, New Jersey 08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg on April 7, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B, 400 Cooper St, 4th Fl, Camden, NJ 08101. (Hearing date must be at least 28 from the date of this notice).

If no objection to the sale is filed the clerk will enter a Certification of No Objection and the sale will be consummated as proposed.

| Location, date and time of sale: | 600 C Martin Luther King, Jr. Avenue<br>Pleasantville, New Jersey 08232<br>March 7, 2020, 8:00 a.m. -- 3:00 p.m.<br>March 8, 2020, 8:00 a.m. -- 3:00 p.m. |
|---|---|

| Description of property to be sold: | vending machines in various conditions |
|---|---|

| Terms of sale: | purchase day of, pick up after sale, latest day to pick up is March 9, 2020 up until 5:00 p.m. or sale is forfeited |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:     Jenkins & Clayman

Address:     412 White Horse Pike, Audubon, New Jersey 08106

Telephone No.:     (856) 546-9696

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 19-28709-ABA
Gregory Steven Tillman                                              Chapter 13
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Mar 10, 2020
                               Form ID: pdf905          Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
db             Gregory Steven Tillman,    532 Old Marlton Pike W#567,    Marlton, NJ   08083
auc           +Frank Stevens,    2903 Pacific Ave,    Wildwood, NJ 08260-4942
518553366     +Acorns,    5300 California Avenue,    Irvine, CA 92617-3230
518575903     +Atlantic Auto Body Shop,    2735 Fire Road,    Egg Harbor Twp., NJ 08234-9539
518553367      First Premier Bank,    PO Box 5529,    Sioux Falls, SD 57117-5529
518553368      First Progress Card,    PO Box 9053,    Johnson City, TN 37615-9053
518519644     +Jenkins & Clayman,    412 White Horse Pike,    Audubon, NJ 08106-1311
518584132     +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518508607     +NJ American Water,    PO Box 578,    Alton IL 62002-0578
518553363     +Peter Reese,    c/o Maaco Collision Repair,    101 Devins Lane,    Pleasantville, NJ 08232-4109
518499099     +Powers Kirn, LLC,    728 Marne Highway, Suite 200,    Moorestown, NJ 08057-3128
518553369     +Receivable Performance,    20818 44th Avenue W,    Suite 100,    Lynnwood, WA 98036-7709
518616277    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
518490982     +Specialized Loan Servicing LLC,    8742 Lucent Blvd,    Littleton, CO 80129-2386
518575902     +Specialized Loan Servicing LLC,    c/o Powers Kirn, LLC,    728 Marne Highway #200,
                Moorestown, NJ 08057-3128
518553364      State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
518651326      THE STATE OF NEW JERSEY,    DIVISION OF EMPLOYER ACCOUNTS,    PO BOX 379,
                TRENTON NEW JERSEY 08625-0379
518553370     +The Bank of Missouri - Total Card,    PO Box 85710,    Sioux Falls, SD 57118-5710
518656884      The State of New Jersey,    PO Box 379,    Trenton NJ 08625-0379
518611998     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518553373     +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 11 2020 00:40:05      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 11 2020 00:39:59      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518549762     +E-mail/Text: bankruptcy@pepcoholdings.com Mar 11 2020 00:39:21
                Atlantic City Electric Company,    5 Collins Drive, Suite 2133,    Mail Stop 84CP42,
                Carneys Point NJ 08069-3600
518606356     +E-mail/Text: bankruptcy@cavps.com Mar 11 2020 00:40:28      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518553365      E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 11 2020 00:39:09      IRS,    PO Box 7346,
                Philadelphia, PA 19101-7346
518517353      E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 11 2020 00:40:23      Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
518510327      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 11 2020 00:42:13       LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518526590      E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 11 2020 00:43:03       MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518584592     +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 11 2020 00:40:24      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518506925     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 11 2020 00:43:40       T Mobile/T-Mobile USA Inc,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518553371     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 11 2020 00:38:07
                Verizon,    PO Box 650584,    Dallas, TX 75265-0584
518601917     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 11 2020 00:43:40       Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518553372     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 11 2020 00:38:07
                Verizon Wireless,    PO Box 650051,    Dallas, TX 75265-0051
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Mar 10, 2020
                              Form ID: pdf905            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage
               Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Gregory Steven Tillman jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Gregory Steven Tillman jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage
               Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Raymond   Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Robert G. Shinn    on behalf of Creditor Peter   Reese wmsllc@comcast.net,
               G9544@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1
               ecf@powerskirn.com
                                                                                             TOTAL: 11
```