| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor |
| In Re:<br><br>    Gregory Tillman<br><br>    Debtor |

**Order Filed on April 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    19-28709

Adv. No.:

Hearing Date:    April 28, 2020

Judge:    Honorable Andrew B. Altenburg, Jr.

# ORDER TO APPROVE DISBURSEMENTS FROM AUCTION AND TO APPROVE FEES DUE TO AUCTIONEER

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: April 28, 2020**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:          Gregory Tillman

Case No:         19-28709

Caption of Order:   ORDER TO APPROVE DISBURSEMENTS FROM AUCTION AND TO APPROVE FEES DUE TO AUCTIONEER

Upon consideration of debtor's motion for an order returning unclaimed funds to debtors, and good cause appearing therefore, it is hereby:

**ORDERED** and **ADJUDGED** that:

1. The auction conducted resulted in gross proceeds of $3,050. From that sum, the following two disbursements may be made:

    a. $915 to Frank Stevens, the auctioneer.

    b. $2,135 to Gregory Tillman, the debtor