| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | |
| In re:<br><br>Gregory Steven Tillman,<br>Dba Park Avenue Vending,<br><br>                    Debtor. | Chapter 13<br><br>Case No. 19-28709-ABA<br><br>Hearing Date: June 23, 2020<br><br>Judge Andrew B. Altenburg, Jr. |

Order Filed on June 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 23, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:              Gregory Steven Tillman
Case No.:            19-28709-ABA
Caption of Order:    **CONSENT ORDER RESOLVING MOTION TO VACATE
                     AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic

Stay ("Motion") filed by Specialized Loan Servicing LLC as servicing agent for Citigroup

Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank

National Association, as Trustee ("Creditor"), and whereas the total post-petition arrearage as of

June 17, 2020 was $**5,473.80**, and whereas the Debtor and Creditor seek to resolve the Motion, it

is hereby **ORDERED**:

     1.     The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to

Movant's interest in the following property: **217 Spring Mill Drive, Galloway, New Jersey 08205**

("Property") provided that the Debtor complies with the following:

     a.  On or before June 23, 2020, the Debtor shall pay $400.00 directly to Creditor;

     b.  On or before August 1, 2020, the Debtor shall file a modified plan that cures the
total pre-petition and post-petition arrearage through August 1, 2020;

     c.  The Debtor shall resume making the regular contractual monthly payments directly
to Creditor as each becomes due, beginning with the September 1, 2020 payment
and continuing thereon per the terms of the underlying loan; and

     d.  Remain current on all post-petition payment obligations, as well as all payments
being paid through the Chapter 13 Plan.

     2.     The Debtor will be in default under the Consent Order in the event that the Debtor

fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the

Debtor fails to make any payment due to Movant under the Chapter 13 Plan.

3.      If the Debtor fails to cure the default within thirty (30) days from the date of default,

Movant may submit a Certificate of Default to the Court on fourteen (14) days' notice to Debtor

and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. §362(a)

permitting Movant to exercise any rights under the loan documents with respect to the Property.

4.      All payments due hereunder shall be sent directly to Creditor at the following

address: **Specialized Loan Servicing LLC, P.O. Box 636007, Littleton Colorado, 80163**.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of

$350.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/Rhondi Lynn Schwartz* | */s/Gavin N. Stewart, Esq.* |
| Rhondi Lynn Schwartz, Esq. | Gavin N. Stewart, Esq. |
| Jenkins & Clayman | Stewart Legal Group, P.L. |
| 412 White Horse Pike | 401 East Jackson Street, Suite 2340 |
| Audubon, NJ 08106 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |