Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                    Case No.: 19−28709−ABA
                                    Chapter: 13
                                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gregory Steven Tillman
    aka Greg Steven Tillman, dba Park Avenue
    Vending
    532 Old Marlton Pike W#567
    Marlton, NJ 08083

Social Security No.:
    xxx−xx−6355

Employer's Tax I.D. No.:
    83−0380681

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/9/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 9, 2020
JAN: bc

                                                                       Jeanne Naughton
                                                                       Clerk

```
                                United States Bankruptcy Court
                                       District of New Jersey

In re:                                                                   Case No. 19-28709-ABA
   Gregory Steven Tillman                                                Chapter 13
         Debtor                      CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Jul 09, 2020
                               Form ID: 148                 Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2020.
db              Gregory Steven Tillman,    532 Old Marlton Pike W#567,    Marlton, NJ   08083
auc            +Frank Stevens,    2903 Pacific Ave,    Wildwood, NJ 08260-4942
cr             +Specialized Loan Servicing LLC,    P.O. Box 340514,    Tampa, FL 33694-0514
518553366      +Acorns,    5300 California Avenue,    Irvine, CA 92617-3230
518575903      +Atlantic Auto Body Shop,    2735 Fire Road,    Egg Harbor Twp., NJ 08234-9539
518553368       First Progress Card,    PO Box 9053,    Johnson City, TN 37615-9053
518519644      +Jenkins & Clayman,    412 White Horse Pike,    Audubon, NJ 08106-1311
518584132      +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518508607      +NJ American Water,    PO Box 578,    Alton IL 62002-0578
518553363      +Peter Reese,    c/o Maaco Collision Repair,    101 Devins Lane,    Pleasantville, NJ 08232-4109
518499099      +Powers Kirn, LLC,    728 Marne Highway, Suite 200,    Moorestown, NJ 08057-3128
518553369      +Receivable Performance,    20818 44th Avenue W,    Suite 100,    Lynnwood, WA 98036-7709
518616277     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
518490982      +Specialized Loan Servicing LLC,    8742 Lucent Blvd,    Littleton, CO 80129-2386
518575902      +Specialized Loan Servicing LLC,    c/o Powers Kirn, LLC,    728 Marne Highway #200,
                 Moorestown, NJ 08057-3128
518553364       State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
518651326       THE STATE OF NEW JERSEY,    DIVISION OF EMPLOYER ACCOUNTS,    PO BOX 379,
                 TRENTON NEW JERSEY 08625-0379
518553370      +The Bank of Missouri - Total Card,    PO Box 85710,    Sioux Falls, SD 57118-5710
518656884       The State of New Jersey,    PO Box 379,    Trenton NJ 08625-0379
518611998      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2020 23:31:27      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2020 23:31:25      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: IRS.COM Jul 10 2020 02:58:00      United States of America (Internal Revenue Service,
                 U.S. Attorney’s Office,    970 Broad Street,    Suite 700,    Newark, NJ   07102-2535
518549762      +E-mail/Text: bankruptcy@pepcoholdings.com Jul 09 2020 23:30:55
                 Atlantic City Electric Company,    5 Collins Drive, Suite 2133,    Mail Stop 84CP42,
                 Carneys Point NJ 08069-3600
518606356      +E-mail/Text: bankruptcy@cavps.com Jul 09 2020 23:31:36      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518553367       EDI: AMINFOFP.COM Jul 10 2020 02:58:00      First Premier Bank,    PO Box 5529,
                 Sioux Falls, SD 57117-5529
518517353       EDI: JEFFERSONCAP.COM Jul 10 2020 02:58:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
518510327       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2020 23:37:59      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518526590       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 09 2020 23:38:13      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518584592      +EDI: JEFFERSONCAP.COM Jul 10 2020 02:58:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518506925      +EDI: AIS.COM Jul 10 2020 02:58:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518553371      +EDI: VERIZONCOMB.COM Jul 10 2020 02:58:00      Verizon,    PO Box 650584,   Dallas, TX 75265-0584
518601917      +EDI: AIS.COM Jul 10 2020 02:58:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518553372      +EDI: VERIZONCOMB.COM Jul 10 2020 02:58:00      Verizon Wireless,    PO Box 650051,
                 Dallas, TX 75265-0051
518553373      +EDI: WFFC.COM Jul 10 2020 02:58:00      Wells Fargo Home Mortgage,    PO Box 10335,
                 Des Moines, IA 50306-0335
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518553365*      IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1              User: admin                Page 2 of 2              Date Rcvd: Jul 09, 2020
                                  Form ID: 148               Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2020 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage
               Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Eric Clayman    on behalf of Debtor Gregory Steven Tillman jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Gregory Steven Tillman jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage
               Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Raymond Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rhondi L. Schwartz    on behalf of Debtor Gregory Steven Tillman jenkins.clayman@verizon.net
              Robert G. Shinn    on behalf of Creditor Peter  Reese wmsllc@comcast.net,
               G9544@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1
               ecf@powerskirn.com
                                                                                             TOTAL: 14
```