Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–28709–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gregory Steven Tillman
aka Greg Steven Tillman, dba Park Avenue Vending
532 Old Marlton Pike W#567
Marlton, NJ 08083

Social Security No.:
xxx–xx–6355

Employer's Tax I.D. No.:
83–0380681

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            February 9, 2021
Time:            10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*86* – Certification in Opposition to (related document:85 Creditor's Certification of Default (related document:67 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 01/14/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC) filed by Rhondi L. Schwartz on behalf of Gregory Steven Tillman. (Schwartz, Rhondi)

and transact such other business as may properly come before the meeting.

Dated: January 13, 2021
JAN: kaj

Jeanne Naughton
Clerk