| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with<br>D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on January 19, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Gregory Steven Tillman,<br>Dba Park Avenue Vending,<br>                                 Debtor. | Chapter 13<br><br>Case No. 19-28709-ABA<br><br>Hearing Date: February 9, 2021<br><br>Judge Andrew B. Altenburg, Jr. |

**CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: January 19, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Gregory Steven Tillman
Case No.: 19-28709-ABA
Caption of Order: **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

THIS MATTER having been opened to the Court upon the Certification of Default ("COD") filed by Specialized Loan Servicing LLC as servicing agent for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee ("Creditor"), whereas the post-petition arrearage amount was $7,811.40, as of January 15, 2021, and whereas the Debtor and Creditor seek to resolve the COD, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the following property: **217 Spring Mill Drive, Galloway, New Jersey 08205** ("Property") provided that the Debtor complies with the following:

   a. On or before the February 1, 2021 payment and continuing on the 1st day of each subsequent month until paid in full, the Debtor shall cure the post-petition arrearage by remitting six (6) consecutive monthly payments of $1,301.90 each directly to the Creditor; and

   b. In addition to the above, the Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the February 1, 2021 payment.

2. All payments due hereunder shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111**.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, pursuant to Local Rule 9013-4(e), Creditor may submit an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) permitting Creditor to exercise any rights under the loan documents with respect to the Property.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Rhondi Lynn Schwartz* | */s/Gavin N. Stewart, Esq.* |
| Rhondi Lynn Schwartz, Esq. | Gavin N. Stewart, Esq. |
| Jenkins & Clayman | Stewart Legal Group, P.L. |
| 412 White Horse Pike | 401 East Jackson Street, Suite 2340 |
| Audubon, NJ 08106 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |