| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J.LBR 9004-1** |
| **STEWART LEGAL GROUP, P.L.** |
| *Formed in the State of Florida* |
| Gavin N. Stewart, Esq. |
| *Of Counsel to Bonial & Associates, P.C.* |
| 401 East Jackson Street, Suite 2340 |
| Tampa, FL 33602 |
| Tel: 813-371-1231/Fax: 813-371-1232 |
| E-mail: gavin@stewartlegalgroup.com |
| *Attorney for Creditor* |

Order Filed on February 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Gregory Steven Tillman,
Dba Park Avenue Vending,
                              Debtor.

Chapter 13

Case No. 19-28709-ABA

Hearing Date: February 24, 2021

Judge Andrew B. Altenburg, Jr.

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 23, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Gregory Steven Tillman
Case No.: 19-28709-ABA
Caption of Order: **CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

THIS MATTER having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by Specialized Loan Servicing LLC as servicing agent for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is hereby **ORDERED**:

1. The Debtor shall submit a complete Mortgage Assistance Application, along with all required documents, directly to Creditor and the loss mitigation process shall conclude by March 1, 2021.

2. An extension to the date set forth in paragraph 1 shall be permitted in the event that, on that date, the Creditor is in receipt of a completed Mortgage Assistance Application package and requires additional time to complete its review.

3. All terms within the Consent Order Resolving Certification of Default (Doc. No. 90) shall remain in effect, notwithstanding the terms of this Order.

4. The Objection is resolved by entry of this Order.

**STIPULATED AND AGREED**:

*/s/Rhondi Lynn Schwartz*  
Rhondi Lynn Schwartz, Esq.  
Jenkins & Clayman  
412 White Horse Pike  
Audubon, NJ 08106  
*Counsel for Debtor*

*/s/Gavin N. Stewart, Esq.*  
Gavin N. Stewart, Esq.  
Stewart Legal Group, P.L.  
401 East Jackson Street, Suite 2340  
Tampa, FL 33602  
*Counsel for Creditor*