UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

In re:

Gregory Steven Tillman,
Dba Park Avenue Vending,
Debtor.

**Order Filed on February 23, 2021 by Clerk U.S. Bankruptcy Court District of New Jersey**

Chapter 13

Case No. 19-28709-ABA

Hearing Date: February 24, 2021

Judge Andrew B. Altenburg, Jr.

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 23, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Gregory Steven Tillman
Case No.: 19-28709-ABA
Caption of Order: **CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

THIS MATTER having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by Specialized Loan Servicing LLC as servicing agent for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is hereby **ORDERED**:

1. The Debtor shall submit a complete Mortgage Assistance Application, along with all required documents, directly to Creditor and the loss mitigation process shall conclude by March 1, 2021.

2. An extension to the date set forth in paragraph 1 shall be permitted in the event that, on that date, the Creditor is in receipt of a completed Mortgage Assistance Application package and requires additional time to complete its review.

3. All terms within the Consent Order Resolving Certification of Default (Doc. No. 90) shall remain in effect, notwithstanding the terms of this Order.

4. The Objection is resolved by entry of this Order.

**STIPULATED AND AGREED**:

*/s/Rhondi Lynn Schwartz*
Rhondi Lynn Schwartz, Esq.
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
*Counsel for Debtor*

*/s/Gavin N. Stewart, Esq.*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel for Creditor*

United States Bankruptcy Court

District of New Jersey

In re:
Gregory Steven Tillman
Debtor

Case No. 19-28709-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2
Date Rcvd: Feb 23, 2021 Form ID: pdf903 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gregory Steven Tillman, 532 Old Marlton Pike W#567, Marlton, NJ 08083 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Citigroup Mortgage Loan Trust Inc. Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Eric Clayman | on behalf of Debtor Gregory Steven Tillman mail@jenkinsclayman.com connor@jenkinsclayman.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Gregory Steven Tillman mail@jenkinsclayman.com connor@jenkinsclayman.com |
| Jennifer R. Gorchow | |

| | |
|---|---|
| | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Citigroup Mortgage Loan Trust Inc. Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Rhondi L. Schwartz | on behalf of Debtor Gregory Steven Tillman mail@jenkinsclayman.com |
| Robert G. Shinn | on behalf of Creditor Peter Reese wmsllc@comcast.net G9544@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor U.S. Bank National Association as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1 ecf@powerskirn.com |

TOTAL: 14