Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−28709−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory Steven Tillman
   aka Greg Steven Tillman, dba Park Avenue
   Vending
   532 Old Marlton Pike W#567
   Marlton, NJ 08083

Social Security No.:
   xxx−xx−6355

Employer's Tax I.D. No.:
   83−0380681

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 27, 2021.


Dated: May 27, 2021
JAN: har

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Gregory Steven Tillman  
    Debtor

Case No. 19-28709-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: May 27, 2021      Form ID: plncf13      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Gregory Steven Tillman, 532 Old Marlton Pike W#567, Marlton, NJ 08083 |
| auc | + | Frank Stevens, 2903 Pacific Ave, Wildwood, NJ 08260-4942 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518553366 | + | Acorns, 5300 California Avenue, Irvine, CA 92617-3038 |
| 518575903 | + | Atlantic Auto Body Shop, 2735 Fire Road, Egg Harbor Twp., NJ 08234-9539 |
| 518553367 | | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 518553368 | | First Progress Card, PO Box 9053, Johnson City, TN 37615-9053 |
| 518519644 | + | Jenkins & Clayman, 412 White Horse Pike, Audubon, NJ 08106-1311 |
| 518584132 | #+ | Kevin G. McDonald, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 519206189 | + | Laura Ortiz, 808 Marshall Court, Ventnor City NJ 08406-1214 |
| 519206188 | + | Laura Ortiz, c/o Barker Gelfand James & Sarvas, 210 New Road, Linwood Greene, Suite 12, Linwood NJ 08221-1371 |
| 518508607 | + | NJ American Water, PO Box 578, Alton IL 62002-0578 |
| 518553363 | + | Peter Reese, c/o Maaco Collision Repair, 101 Devins Lane, Pleasantville, NJ 08232-4109 |
| 518499099 | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 518553369 | + | Receivable Performance, 20818 44th Avenue W, Suite 100, Lynnwood, WA 98036-7709 |
| 518616277 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 518490982 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Littleton, CO 80129-2386 |
| 518575902 | + | Specialized Loan Servicing LLC, c/o Powers Kirn, LLC, 728 Marne Highway #200, Moorestown, NJ 08057-3128 |
| 518553364 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 518651326 | | THE STATE OF NEW JERSEY, DIVISION OF EMPLOYER ACCOUNTS, PO BOX 379, TRENTON NEW JERSEY 08625-0379 |
| 518553370 | + | The Bank of Missouri - Total Card, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 518656884 | | The State of New Jersey, PO Box 379, Trenton NJ 08625-0379 |
| 518611998 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518553373 | + | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 27 2021 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 27 2021 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 27 2021 20:55:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 518549762 | + | Email/Text: bankruptcy@pepcoholdings.com | May 27 2021 20:56:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point NJ |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2021 | Form ID: plncf13 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | | 08069-3600 |
| 519099307 | + | Email/Text: bankruptcy@bbandt.com | May 27 2021 20:55:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. box 1847, Wilson, NC 27894-1847 |
| 518606356 | + | Email/Text: bankruptcy@cavps.com | May 27 2021 20:56:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518517353 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 27 2021 20:56:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518510327 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2021 22:33:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518526590 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 27 2021 22:32:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518584592 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 27 2021 20:56:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518506925 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 27 2021 22:35:21 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518601917 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 27 2021 22:33:55 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518553371 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 27 2021 20:54:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |
| 518553372 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 27 2021 20:54:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518553365 | * | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518896239 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021  Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | |

Case 19-28709-ABA    Doc 105    Filed 05/29/21    Entered 05/30/21 00:21:13    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2021 | Form ID: plncf13 | Total Noticed: 38 |

| | |
|---|---|
| | on behalf of Creditor Citigroup Mortgage Loan Trust Inc. Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Eric Clayman | on behalf of Debtor Gregory Steven Tillman mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Gregory Steven Tillman mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Citigroup Mortgage Loan Trust Inc. Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Rhondi L. Schwartz | on behalf of Debtor Gregory Steven Tillman mail@jenkinsclayman.com |
| Robert G. Shinn | on behalf of Creditor Peter Reese wmsllc@comcast.net  G9544@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor U.S. Bank National Association  as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1 ecf@powerskirn.com |

TOTAL: 14