| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Secured Creditor* | Chapter 13 |
| In re:<br><br>Gregory Steven Tillman<br>*dba* Park Avenue Vending<br><br>                                     Debtor. | Case No. 19-28709-ABA<br><br><br><br>Judge Andrew B. Altenburg, Jr. |

## WITHDRAWAL OF CERTIFICATION OF DEFAULT

Creditor, Specialized Loan Servicing LLC as servicing agent for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee, hereby withdraws its Certification of Default (Doc. No. 111).

                                        Stewart Legal Group, P.L.,
                                        attorney for Creditor

Dated: September 7, 2021

                        By:     */s/Gavin N. Stewart*
                                        Gavin N. Stewart, Esq.