**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorney for Debtor

| | |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Gregory Tillman, debtor | CHAPTER 13 CASE NO.: 19-28709 |
| | CERTIFICATION TO WITHDRAW |

I, Eric J Clayman, Esquire, am an attorney at law, licensed to practice before this Court, and am authorized to make this certification:

1. On July 27, 2022, our office filed a Motion to Vacate Dismissal (docket #116).

2. We respectfully request that this entry be withdrawn.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 27, 2022

/s/Eric J Clayman, Esquire
Eric J Clayman, Esquire