UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Case No.: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1.      I, _____ :

❑ represent the _____ in the above-captioned matter.

❑ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

❑ am the _____ in the above case and am representing myself.

2.      On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

3.      I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: _____          _____
                                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br>    (as authorized by the court *) |
| | | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br>    (as authorized by the court *) |
| | | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br>    (as authorized by the court *) |
| | | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br> (as authorized by the court *) |
| | | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br> (as authorized by the court *) |
| | | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br> (as authorized by the court *) |
| | | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br> (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*new.3/15/12*

4