Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−28709−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory Steven Tillman
   aka Greg Steven Tillman, dba Park Avenue
   Vending
   532 Old Marlton Pike W#567
   Marlton, NJ 08083

Social Security No.:
   xxx−xx−6355

Employer's Tax I.D. No.:
   83−0380681

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 27, 2021.

On 8/29/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                October 12, 2022
Time:                 09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 8, 2022
JAN: kaj

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Gregory Steven Tillman  
    Debtor

Case No. 19-28709-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Sep 08, 2022     Form ID: 185     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Gregory Steven Tillman, 532 Old Marlton Pike W#567, Marlton, NJ 08083 |
| auc | + | Frank Stevens, 2903 Pacific Ave, Wildwood, NJ 08260-4942 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518553366 | + | Acorns, 5300 California Avenue, Irvine, CA 92617-3038 |
| 518575903 | + | Atlantic Auto Body Shop, 2735 Fire Road, Egg Harbor Twp., NJ 08234-9539 |
| 518553368 | | First Progress Card, PO Box 9053, Johnson City, TN 37615-9053 |
| 518519644 | + | Jenkins & Clayman, 412 White Horse Pike, Audubon, NJ 08106-1311 |
| 519206188 | + | Laura Ortiz, c/o Barker Gelfand James & Sarvas, 210 New Road, Linwood Greene, Suite 12, Linwood NJ 08221-1371 |
| 519206189 | #+ | Laura Ortiz, 808 Marshall Court, Ventnor City NJ 08406-1214 |
| 518508607 | #+ | NJ American Water, PO Box 578, Alton IL 62002-0578 |
| 518553363 | + | Peter Reese, c/o Maaco Collision Repair, 101 Devins Lane, Pleasantville, NJ 08232-4109 |
| 518499099 | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 518553369 | + | Receivable Performance, 20818 44th Avenue W, Suite 100, Lynnwood, WA 98036-7709 |
| 518616277 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 518575902 | + | Specialized Loan Servicing LLC, c/o Powers Kirn, LLC, 728 Marne Highway #200, Moorestown, NJ 08057-3128 |
| 518553364 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 518651326 | | THE STATE OF NEW JERSEY, DIVISION OF EMPLOYER ACCOUNTS, PO BOX 379, TRENTON NEW JERSEY 08625-0379 |
| 518656884 | | The State of New Jersey, PO Box 379, Trenton NJ 08625-0379 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2022 20:39:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 518549762 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 08 2022 20:40:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 519099307 | + | Email/Text: bankruptcy@bbandt.com | Sep 08 2022 20:39:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. box 1847, Wilson, NC 27894-1847 |
| 518606356 | + | Email/Text: bankruptcy@cavps.com | Sep 08 2022 20:40:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

Case 19-28709-ABA    Doc 128    Filed 09/10/22    Entered 09/11/22 00:14:11    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: 185 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518553367 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 08 2022 20:47:52 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 518517353 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 08 2022 20:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518519644 | + | Email/Text: mail@jenkinsclayman.com | Sep 08 2022 20:39:00 | Jenkins & Clayman, 412 White Horse Pike, Audubon, NJ 08106-1311 |
| 518510327 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 20:47:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518526590 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 08 2022 20:47:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518584592 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 08 2022 20:40:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518490982 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 08 2022 20:39:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Littleton, CO 80129-2386 |
| 518506925 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 08 2022 20:47:11 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518553370 | + | Email/Text: bknotices@totalcardinc.com | Sep 08 2022 20:40:00 | The Bank of Missouri - Total Card, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 518611998 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 08 2022 20:39:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518601917 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 08 2022 20:47:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518553371 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 08 2022 20:39:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |
| 518553372 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 08 2022 20:39:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 518553373 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 08 2022 20:58:20 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518553365 | * | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518896239 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518584132 | ##+ | Kevin G. McDonald, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 08, 2022 | Form ID: 185 | Total Noticed: 37 |

Date: Sep 10, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:**

**Name**            **Email Address**

Brian C. Nicholas
    on behalf of Creditor Citigroup Mortgage Loan Trust Inc.  Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan
    on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

Eric Clayman
    on behalf of Debtor Gregory Steven Tillman mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jeffrey E. Jenkins
    on behalf of Debtor Gregory Steven Tillman mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Jennifer R. Gorchow
    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Kevin Gordon McDonald
    on behalf of Creditor Citigroup Mortgage Loan Trust Inc.  Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Raymond Shockley, Jr
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Rhondi L. Schwartz
    on behalf of Debtor Gregory Steven Tillman mail@jenkinsclayman.com

Robert G. Shinn
    on behalf of Creditor Peter Reese wmsllc@comcast.net  G9544@notify.cincompass.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor U.S. Bank National Association  as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1 ecf@powerskirn.com

TOTAL: 14