| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Isabel C. Balboa, Esq. |
| Chapter 13 Standing Trustee |
| Cherry Tree Corporate Center |
| 535 Route 38, Suite 580 |
| Cherry Hill, NJ 08002-2977 |
| (856) 663-5002 |

Order Filed on October 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

GREGORY S. TILLMAN

Case No.: 19-28709-ABA

Hearing Date: October 12, 2022   9:00 am

Judge:  Andrew B. Altenburg, Jr.

Chapter: 13

## ORDER OF DISMISSAL

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: October 12, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 1 of 2

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file a feasible plan, income and/or budget statement
- failure to make all required pre-confirmation payments to the Trustee

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that within 30 days of the date of this order, debtor(s)'s attorney may file a certification with the court, that debtor(s) attorney elected flat fee permitted by D.N.J. LBR 2016-5(b) and seeks balance of attorney's fee from any available funds on hand with the chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

**IT IS FURTHER ORDERED** the Debtor(s)' shall be barred from filing for bankruptcy protection, under Chapter 13 for a period of 180-days from the date of dismissal of Debtor(s)' case.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-28709-ABA

Gregory Steven Tillman  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2

Date Rcvd: Oct 12, 2022     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gregory Steven Tillman, 532 Old Marlton Pike W#567, Marlton, NJ 08083 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Citigroup Mortgage Loan Trust Inc.  Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Eric Clayman | on behalf of Debtor Gregory Steven Tillman mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Gregory Steven Tillman mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Jennifer R. Gorchow | |

Case 19-28709-ABA    Doc 132    Filed 10/14/22    Entered 10/15/22 00:18:08    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Oct 12, 2022 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Kevin Gordon McDonald

on behalf of Creditor Citigroup Mortgage Loan Trust Inc. Mortgage Pass-Through Certificates, Series 2006-WF1, U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Raymond Shockley, Jr

on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Rhondi L. Schwartz

on behalf of Debtor Gregory Steven Tillman mail@jenkinsclayman.com

Robert G. Shinn

on behalf of Creditor Peter Reese wmsllc@comcast.net G9544@notify.cincompass.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III

on behalf of Creditor U.S. Bank National Association as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-WF1 ecf@powerskirn.com

TOTAL: 14