UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
Attorney for the debtor
412 White Horse Pike
Audubon, NJ 08106

In Re:

Gregory S. Tillman

Case No.:  19-28709

Chapter:  13

Hearing Date:  _____

Judge:  ABA

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Jeffrey E. Jenkins,

   ☒ am the attorney for: Gregory S. Tillman

   ☐ am self-represented

   Phone number: 856-546-9696

   Email address: mail@jenkinsclayman.com

2. I request an adjournment of the following hearing:

   Matter: Motion to Vacate Dismissal of Case

   Current hearing date and time: 11/15/2022

   New date requested: December 6, 2022

   Reason for adjournment request: _____

   _____

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 11/14/2022                                         /s/ Jeffrey Jenkins_____
                                                          Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 12/6/22 @ 10 am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2