**JEFFREY E. JENKINS, ESQ.**
ATTORNEY AT LAW
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorney for Debtor

| | |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Gregory Tillman | CHAPTER 13 CASE NO.:19-28709 |
| debtor | |
| | CERTIFICATION TO WITHDRAW |

I, Jeffrey E. Jenkins, Esquire, am an attorney at law, licensed to practice before this Court, and am authorized to make this certification:

1.      On October 20, 2022 our office filed a Motion to Vacate Dismissal (docket no. 133).

2.      We respectfully request that this entry be withdrawn.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:        12.5.22                           /s/Jeffrey E. Jenkins, Esq.
                                                Jeffrey E. Jenkins, Esquire